AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

CORSAIR GAMING, INC. d/b/a CORSAIR

Plaintiff(s)

v.

Civil Action No. 24-cv-8309 PHK

SAMBI LLC

Defendant(s)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
SAMBI LLC
5750 Bou Ave., #1702
Rockville, Maryland, 20852

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Jason N. Haycock
K. Taylor Yamahata
K&L GATES, LLP
Four Embarcadero Center, Suite 1200
San Francisco, CA 94111

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT
Mark B. Busby

Date: November 22, 2024

Signature of Clerk or Deputy Clerk

321478601.1

Civil Action No.  3:24-CV-08309-PHK

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Sambi, LLC c/o Parminder Singh Ahuja, PSA CPA, President/CEO
was received by me on *(date)* 2/21/2025 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Veronica Lee, Receptionist 7361 Calhoun Place, #585, Rockville, MD 20855 , who is designated by law to accept service of process on behalf of *(name of organization)* Sambi, LLC c/o Parminder Singh Ahuja, PSA CPA, President/CEO on *(date)* 2/21/2025  2:56 PM ; or

☐ I returned the summons unexecuted because _____ ; or

Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 2/21/2025

*Server's signature*

Eric Young, Process Server
*Printed name and title*

76354

P.O. Box 18647, Washington, DC  20036
*Server's address*

Additional information regarding attempted service, etc:
Veronica Lee  Gender: Female    Race/Skin: Black    Age: 21-30 yrs. old    Weight: 131-160 lb.    Height: 5'4" - 5'8"    Hair: Black    Glasses: No    Other:

Documents Served: Summons in a Civil Action, Complaint and Demand for Jury Trial, Civil Cover Sheet, Notice of Electronic Filing, Order Setting Initial Case Management Conference and ADR Deadlines, Consent or Declination to Magistrate Judge Jurisdiction, Standing Order for Civil Cases Before Magistrate Judge Peter H. Kang, Notice of Assignment of Case to a United States Magistrate Judge for Trial, Consent or Declination to Magistrate Judge